1  IRELL & MANELLA LLP
   Steven A. Marenberg (101033)
2  Steve Kang (202544)
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
4  Facsimile: (310) 203-7199

5  Attorneys for Plaintiff
   Motown Record Company
6
   DONAHUE & MESEREAU LLP
7  Thomas A. Mesereau, Jr. (91182)
   Amy S. Novicoff (200245)
8  1900 Avenue of the Stars, Suite 2700
   Los Angeles, California 90067
9  Telephone: (310) 277-1441
   Facsimile: (310) 277-2888
10
   Attorneys for Defendants
11 Dolapo Asiru, Creston Group, Inc.,
   Midland Group and Africawatch.net
12

13                 UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15                     WESTERN DIVISION

16 MOTOWN RECORD COMPANY, a     )  Case No. 01-2409 SVW (JWJx)
   division of UMG Recordings, Inc.,  )
17                                )  STIPULATION AND [PROPOSED]
              Plaintiff,          )  ORDER OF DISMISSAL
18                                )
          v.                      )
19                                )
   CRESTON GROUP INC., MIDLAND   )  Hon. Stephen V. Wilson
20 GROUP, AFRICAWATCH.NET,        )
   DOLAPO ASIRU, AIM INTERNET     )
21 SERVICES and ALEXANDER G.      )
   CARDONELL                      )
22                                )
              Defendants.         )
23                                )

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

486204.01                          STIPULATION OF DISMISSAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2001
11-20-01
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1      Plaintiff Motown Record Company ("Motown") and Defendants Dolapo

2    Asiru, Creston Group, Inc., Midland Group and Africawatch.net (the "California

3    defendants"), by and through their counsel, hereby stipulate as follows pursuant to

4    Fed. R. Civ. P. 41(a):

5      WHEREAS, plaintiff Motown Record Company, a division of UMG

6    Recordings, Inc. ("Motown"), has brought this action alleging that defendants have

7    operated or maintained web sites under the domain name "jackson5.com" (the

8    "Domain Name") in violation of Motown's trademark rights in United States

9    Trademark Registration No. 965,809 (the "JACKSON 5 mark") under the Lanham

10   Act and the Anticybersquatting Consumer Protection Act;

11      WHEREAS, Motown seeks in this action an order directing the transfer of the

12   Domain Name from defendants to Motown;

13      WHEREAS the California defendants are the current owners of the Domain

14   Name and have agreed to transfer the Domain Name to Motown;

15      WHEREAS, Motown and the California defendants now desire to settle all

16   differences relating to this action and have entered into a confidential Settlement

17   Agreement;

18      WHEREAS, by Stipulation and Order Granting Motion for Preliminary

19   Injunction, entered April 18, 2001, the California defendants agreed and the Court

20   ordered that the California defendants were enjoined from transferring or assigning

21   the Domain Name pending further order from this Court;

22      WHEREAS, by Stipulation and Order Directing Deposit of Domain Name

23   Registrar Certificate entered April 18, 2001, the Court ordered that the registrar

24   certificate for the Domain Name, as provided by the Internet domain name registrar

25   Network Solutions, Inc., be deposited in the Registry of this Court pending further

26   order of the Court;

27      WHEREAS, defendants Alex Carbonell and AIM Internet Services were not

28   served with the Summons and Complaint in this action, have not made an

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

486204 01

- 2 -

STIPULATION OF DISMISSAL

1  appearance in this action, and are not parties to the Settlement Agreement but

2  Motown is willing to dismiss its claims without prejudice as to them since the

3  California defendants are transferring the Domain Name to Motown;

4  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

5  between the parties, through their respective counsel of record, pursuant to Fed. R.

6  Civ. P. 41, as follows:

7  1.   This action is DISMISSED WITH PREJUDICE as to the California

8  defendants;

9  2.   This action is DISMISSED WITHOUT PREJUDICE as to defendants

10  Alex Carbonell and AIM Internet Services.

11  3.   Notwithstanding any provision in the Stipulation and Order Granting

12  Plaintiff's Motion for Preliminary Injunction entered April 18, 2001, the Court

13  authorizes and directs the transfer and assignment of the domain name

14  "jackson5.com" from the California defendants Group to Motown.

15  4.   The Clerk of the Court shall release the original Registrar Certificate

16  for the jackson5.com domain name to counsel of record for Motown.

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

486204 01

- 3 -

5.     Motown shall provide notice of this Order to the registrar of the domain name, Network Solutions, Inc. within three (3) days of entry of this Order.

Dated: November 14, 2001

    IRELL & MANELLA LLP
    Steven A. Marenberg
    Steve Kang

By: _____
    Steve Kang

    Attorneys for Plaintiff
    Motown Record Company

Dated: November 14, 2001

    DONAHUE & MESEREAU LLP
    Thomas A. Mesereau, Jr.
    Amy S. Novicoff

By: _____
    Thomas A. Mesereau, Jr.

    Attorneys for Defendants
    Dolapo Asiru, Creston Group, Inc.,
    Midland Group and Africawatch.net

# O R D E R

IT IS SO ORDERED.

Dated: November 20, 2001

_____
Honorable Stephen V. Wilson

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

486204 01

- 4 -

STIPULATION OF DISMISSAL